# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERSON ADONAY RIVERA FLORES,<br><br>Petitioner,<br><br>v.<br><br>JAIME RIOS, et al.,<br><br>Respondents. | Case No. 5:25-cv-03405-SB-AS<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the records herein, and the Report and Recommendation of the U.S. Magistrate Judge. Because the government did not file objections, the Court need not conduct a de novo review of the report and recommendation. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[t]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise."); *Wang v. Masaitis*, 416 F.3d 992, 1000 (9th Cir. 2005) ("[D]e novo review of a [report and recommendation] is only required when an objection is made"); Fed. R. Civ. P. 72(b) (mandating de novo review of only the portions of a report and recommendation "properly objected to"). The Court therefore accepts—without deciding—that release, rather than a bond hearing, is the appropriate relief here.

Accordingly, the Court accepts and adopts the findings and conclusions of the Magistrate Judge and orders as follows:

1. The petition is granted.

2. Respondents are ordered to immediately release Petitioner under the same conditions to which he was subject prior to his redetention.

3. The Clerk shall serve copies of this order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner and counsel for Defendant.

Dated:  March 3, 2026

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge