JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EMERSON ADONAY RIVERA FLORES,

               Petitioner,

V.

JAIME RIOS, et al.,

               Respondents.

Case No. 5:25-cv-03405-SB-AS

JUDGMENT

      Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, the petition is granted.  Respondents are ordered to immediately release Petitioner under the same conditions to which he was subject prior to his redetention.

Dated:  March 3, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge